UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

ANN A. MEYER,

      Plaintiff,

                                           Case No: 2:24-cv-176

v.

                                           HON. ROBERT J. JONKER

ADAMS PUBLISHING GROUP,

      Defendant.

_____/

## <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 29, 2025 (ECF No. 10). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 10) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the case is dismissed under 28 U.S.C. § 1406(a) because venue is improper in this district under 28 U.S.C. § 1391.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:  <u>February 20, 2025</u>            <u>/s/ Robert J. Jonker</u>
                                                    ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE