UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

ANN A. MEYER,

    Plaintiff,

v.                                         Case No: 2:24-cv-176

                                                  HON. ROBERT J. JONKER

ADAMS PUBLISHING GROUP,

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Order Adopting and Approving Magistrate's Report and Recommendation entered this day, Judgment is entered in favor of Defendant and against Plaintiff.

Dated:  <u>February 20, 2025</u>          <u>/s/ Robert J. Jonker</u>
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE